576

479 A.2d 1126

Commonwealth v. Triplett, Appellant.

Petition for Allowance of Appeal
Denied Nov. 19, 1984.

Submitted May 18, 1984.   Richard S. Levine, Assistant Public Defender, for appellant;  Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

479 A.2d 1126

Commonwealth v. Unruh, Appellant.

Submitted May 18, 1984. Jonathan B. Mack, for appellant;  Gregory A. Olson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.